■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS CASTILLO, Appellant. [994 NYS2d 310]—Judgment of resentence, Supreme Court, New York County (Thomas Farber, J.), rendered June 26, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 30 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Gische, JJ.